IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA WEST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR CREDIT COMPANY and THIEBLOT RYAN P.A. | : | NO. 12-5115 |

## ORDER

**AND NOW**, this 11th day of February, 2013, upon consideration of Defendants Ford Motor Credit Company's and Thieblot Ryan P.A.'s Motion to Dismiss (Docket No. 2), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Leave to File a Reply Brief (Docket No. 7) is **GRANTED**.

2. Defendants' Motion to Dismiss is **GRANTED** and the Complaint is **DISMISSED**.

3. The clerk is directed to close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.